Allen WALBURN, Plaintiff–Counter–
Defendant–Appellant,

v.

**CITY OF NAPLES, FLORIDA, a political subdivision of the State of Florida, Defendant–Counter–Claimant–Appellee.**

No. 06–13138
Non–Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Oct. 12, 2006.

Patrick E. Geraghty, Gerald W. Pierce, Geraghty, Dougherty & Edwards, P.A., Fort Myers, FL, for Plaintiff–Counter–Defendant–Appellant.

James Donald Fox, Roetzel & Andress, Naples, FL, Clayton W. Crevasse, Roetzel & Andress LPA, Fort Myers, FL, for Defendant–Counter–Claimant–Appellee.

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

We find no abuse of discretion in the district court's denial of appellant's Fed. C. Civ. P. 60(b) motion for relief from judgment.

AFFIRMED.